IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RICHARD LEWIS BECKWITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. _____ WMN 02 CV 3733 |
| v. ) | |
| ) | |
| TAMMIE J. HART, ) | |
| ) | |
| Defendant. ) | |

...oOo...

## ORDER

Upon consideration of the United States of America's Motion for an Enlargement of Time and there being good cause therefore, it is this 26th day of November, 2002,

ORDERED that the time for the United States to answer, move, or otherwise plead to Plaintiff's Complaint BE and the SAME HEREBY IS extended through and including January 15, 2003.

_____
United States District Judge

